

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Oklahoma__

__Civil__ Division

FILED
MAY 10 2019
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____KMT_____ DEPUTY

Case No.  CIV-19-431-PRW

_(to be filled in by the Clerk's Office)_

__Charles Waggoner__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Mr. Byrd And Mr. Petite__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Charles Waggoner
All other names by which you have been known: N/A
ID Number: 202261
Current Institution: Lort Civil
Address: 3200 S. Kings Hwy
Lushing    Okla    74023
City           State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mr. Byrd
Job or Title (if known): Warden of Facility
Shield Number:
Employer: Lort Civil
Address: 3200 S. Kings Hwy
Lushing    Okla    74023
City           State    Zip Code
☒ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Mr. Peters
Job or Title (if known): Auditor
Shield Number:
Employer: Lort Civil
Address: 3200 S. Kings Hwy
Lushing    Okla    74023
City           State    Zip Code
☒ Individual capacity   ☒ Official capacity

Defendant No. 3
Name
Job or Title *(if known)*
Shield Number
Employer
Address

           City           State           Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Shield Number
Employer
Address

           City           State           Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th, 13th, 8th, And 14th Amendment Violations

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____N/A_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_Each defendant Agreed to follow And Obay State And Federal Law As Well As policy_

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* _I'm being held falsly At Lone Livit_

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. **SEE Attachment NEXT →**

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_Inside_

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_Lone Livit, On 3-15-19_

# Statement of Claim                                    Pg 1

In January-2019, A Amended Judgement And Sentence was order stating Petitioner, was to recieve credit for time-served since 1-26-18. A copy was forwarded to Lore-Civic Corr. Facility Records office to a Mr. Petete. After several R.T.S. I finally spoke with Mr. Petete. At that time he told me cases ran "Concurrently" must state on Judgement "Credit for All Earned Credit" before I recieved any "Earned" Credits. I informed Mr. Petete, that Concurrent cases run together as "one" both cases recieve the same "Earned" credits unless Judgement or Law says otherwise. At that time he told me I could file a Greivance, but it wouldn't do any good; because his wife worked for D.O.C. Sentence Administration A Mrs. Tina Petete.

On 3-25-19, I recieved a letter from her backing up the statements her husband stated with no proof from Law or Policy, but I was "Threatened" by her in the letter, stating "If I continue to question any more staff concerning this same issue could be considered Harassment and I can recieve a misconduct.

I have a "Right" to question the official Records office, Caseworker, Unit manager or the Warden. About the lenth of my sentence. And now that I'm being held Illegally against my will, im being told if I say anything else about it, I'll recieve a misconduct. My Due-Process

"Claim Conclusion" pg 2

rights. What judgement do's Core Civic have to keep me in prison? This act is a "Breach of duty care", by negligence that resulted in a foreseeable injury that would not have occurred but for negligent persons actions.

Each official I talked to had the say so or power to fix the issue but refused to do so because they didn't want to be responsible. For this facility to keep me here like this has violated several of my constitutional rights: ① Due-Process, ② Negligence, ③ Mental Suffering, ④ Cruel Punishment.

I have submitted copies of Exhaustion of Administrative Remedies pursuant P.L.R.A 42 U.S.C. § 1997e(a), to show the court that the Petitioner made every attempt to resolve said complaint before bringing it before the court.

Based on the threat I have recieved from Sentence Administrator and Officer as well as Administrative Staff here at Core Civic I am in fear for my life. I don't know what these people will do. The record is clear that they held me past my discharge date. Once this case is made "Public", I fear retailiation because I have already be openly threatend. As a matter of law, I request this court place me protective custody, as soon as possible.

This act that has been committed against me is "malice", to harm, and unlawfull.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.      What date and approximate time did the events giving rise to your claim(s) occur?

3-15-19

    D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 1-16-19, I recieved a Amended Judgement and Sentence on CF-2017-367. The Court gave me 4-years Concurrent with 5-years out of Cotton County, With Credit for time served. Mr. Petete, the Auditor refused to SEE Attachment ALXT

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

On 3-25-19, I was threated by the Auditor SEE Attach

Due-Process, Breach of Duty of Care, Negligence false imprisonment, Cruel punishment, Mental Suffering

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

This Facility knows it is holding me illegally; Once I prove this to the Court. I request damages of Five-million dollars

## Statement of Facts

Give me my earned credits on the case that is running concurrent with the 5-year sentence that I have already discharged. I've wrote several request to staff to Warden Byrd and Auditor Mr. Petete, but received no relief, or response. I have been held in this prison now falsly for almost a month. I have done my time, I only wish to go home. On 3-21-19, I recieved request staff, and grievance back from Administration with no relief.

On 3-25-19, I recieved a letter from a Tina Petete, from the D.O.C. Sentence Administration Office, bowly challenging law and threaten Petitioner, with a misconduct for Harassment of Staff, for questions concerning his sentence, that has been discharge in-which he is being "Illegally" held on in-which he request to be released.

Petitioner, request that this Court "Grants", a jury trail on Claim's so the "People" can pass good judgement on the facts.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lopre Linit

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

This facility claims they don't have to follow D.O.C. policy, just part of it.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

"Attached"

I filed a grievance at the facility and to the Director.

2. What did you claim in your grievance?

"Attached"

That I was being falsely detained.

3. What was the result, if any?

"See Attachments Exhibit A"

I recieved no response

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I sent request to staff to Records Office, 4-to Auditor Petete, Grievance to Warden Byrd, and Grievance to Director on 3-15-19

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I Filed (2) Grievances but got no Answer

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I inform Caseworker, Unit manager, Petete, Mr. Hillagos, Warden Byrd.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See Attachments

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _N/A_

    Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _N/A_

3. Docket or index number

    _N/A_

4. Name of Judge assigned to your case

    _N/A_

5. Approximate date of filing lawsuit

    _N/A_

6. Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-1-2019

Signature of Plaintiff: Charles Waggoner
Printed Name of Plaintiff: Charles Waggoner
Prison Identification #: 202761
Prison Address: 3200 S. Kings Hwy
Cushing, OKLA 74023

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address: